```
MINUTE ENTRY
CHASEZ, M.J.
JANUARY 8, 2014
```

                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

RONDA CRUTCHFIELD, ET AL.                    CIVIL ACTION

VERSUS                                       NUMBER: 13-4801

SEWERAGE & WATER BOARD                       SECTION: "C"(5)
OF NEW ORLEANS, ET AL.


                       HEARING ON MOTION

APPEARANCES:   Craig Mitchell, Christopher Wilson, John Etter,
               Craig Brewer, James Williams

MOTION:

(1)   Sewerage & Water Board's Motion to Quash Subpoena Duces Tecum
      to Leonard C. Quick & Associates, Inc. and FFEB JV, LLC. (Rec.
      doc. 40).


   _____ :    Continued to

   _____ :    No opposition

     1    :    Opposition


MJSTAR(00:15)

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

\_\_1\_\_ : Granted without prejudice.  The Court will confer with the District Judge on whether a discovery conference on class certification issues is needed.  If so, a Rule 26(f) conference will be ordered to go forward.

_____ : Denied.

_____ : Other.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE