MINUTE ENTRY
NORTH, M.J.
NOVEMBER 21, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONDA CRUTCHFIELD, ET AL.　　　　　　　　　　　　CIVIL ACTION

VERSUS　　　　　　　　　　　　　　　　　　　　NUMBER: 13-04801

SEWERAGE & WATER BOARD OF　　　　　　　　　　SECTION: "F"(5)
NEW ORLEANS, ET AL.

The Court held a status conference this date to discuss parameters for beginning settlement negotiations.

　　PRESENT:　　John Etter　　　　Beau Garon　　　　Craig Brewer
　　　　　　　　Michael Bagneris　Seth Schmeeckle　　Peter Gahagan
　　　　　　　　　　　　　　　　　Robin Cheatham　　　Minor Pipes
　　　　　　　　　　　　　　　　　Craig Mitchell　　　Anthony Stewart

After discussions with counsel, it is ordered that Plaintiffs have until **Wednesday, January 11, 2017** to: (1) identify to the Defendants and the Court the known universe of claimants/properties whom they represent in this matter, (2) provide written settlement demands as to each of those claimants and (3) provide written documentation/inspection reports supporting each such demand. The aforementioned information shall be shared with Defendants on a "rolling" basis as it is received by Plaintiffs' counsel, in order to expedite this process.

Following receipt of the aforementioned information from Plaintiffs' counsel, Defendants will have until **Wednesday, March 1, 2017** to conduct any inspections of the properties they deem necessary to respond to the Plaintiffs' demands. On or before **March**

MJSTAR (01:30)

**1, 2017**, counsel for Defendants are to contact this Court to schedule a conference to determine the manner in which they will respond to Plaintiffs' demands and the timing of that response.

                                                MICHAEL B. NORTH
                                      UNITED STATES MAGISTRATE JUDGE