```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


RONDA CRUTCHFIELD,                              CIVIL ACTION
ET AL.

V.                                              NO. 13-4801

SEWERAGE & WATER BOARD
OF NEW ORLEANS, ET AL.                          SECTION "F"
```

ORDER

Before the Court is plaintiffs' motion to dismiss their claims against the Sewerage & Water Board of New Orleans without prejudice. The motion also reserved all cross claims and incidental claims between the defendants for further proceedings. IT IS ORDERED: that the plaintiff's motion to dismiss their claims without prejudice is DENIED as moot, as the Court has already entered an order to dismiss their claims without prejudice and all claims, including those between defendants, have been settled.

New Orleans, Louisiana, November 20, 2017

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1